No. 89–6738.  LEE *v.* HUDSON.  C. A. 4th Cir.  Certiorari denied.

No. 89–6742.  NOHEART *v.* RIVELAND, SECRETARY, WASHINGTON DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 89–6744.  LIGHTSEY *v.* OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 89–6749.  R. J. *v.* KAHN.  Ct. App. Mo., Eastern Dist.  Certiorari denied.

No. 89–6751.  WILLIAMS *v.* LECUREUX, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 89–6752.  BALLARD *v.* OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 89–6755.  SINDRAM *v.* AHALT, JUDGE, CIRCUIT COURT OF PRINCE GEORGE'S COUNTY, MARYLAND, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 89–6756.  O. M. *v.* DISTRICT OF COLUMBIA ET AL.  Ct. App. D. C.  Certiorari denied.

No. 89–6759.  LEONARD *v.* SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 89–6761.  SAKOVICH *v.* ST. MARY'S HOSPITAL ET AL.  App. Ct. Ill., 3d Dist.  Certiorari denied.

No. 89–6763.  CRAIG *v.* MCCARTHY, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 89–6766.  OUTLAW *v.* O'LEARY, WARDEN, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 89–6768.  BROWN *v.* CLANTON ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 89–6770.  ANA LEON T. *v.* FEDERAL RESERVE BANK OF CHICAGO ET AL.  C. A. 6th Cir.  Certiorari denied.